1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11

12   ROBERT McNEELY,                        )      1:02-CV-5385 AWI LJO P
                                            )
13          Plaintiff,                      )      ORDER GRANTING EXTENSION OF TIME
                                            )      NUNC PRO TUNC
14          v.                              )
                                            )      (DOCUMENT #85)
15   CALIFORNIA DEPARTMENT OF               )
     CORRECTIONS, et al.,                   )
16                                          )
            Defendants.                     )
17   _____)

18
             Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.
19
     Section 1983.  On November 18, 2005, defendants filed a request/motion to extend time to file a motion
20
     for summary judgment.  Inasmuch as defendants filed the motion for summary judgment on December
21
     6, 2005, and good cause having been presented to the court, IT IS HEREBY ORDERED THAT
22
     defendants motion to extend time to is GRANTED nunc pro tunc.
23
     IT IS SO ORDERED.
24
     **Dated:    February 7, 2006               /s/ Lawrence J. O'Neill**
25   b6edp0                                    UNITED STATES MAGISTRATE JUDGE

26

27

28